IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Dillard, Mattie

Printed: 01/22/09

Case Number: 05 B 58064
Judge: Hollis, Pamela S
Filed: 10/16/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: October 31, 2008
Confirmed: December 12, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 28,800.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 23,809.22 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,200.00 |
| Trustee Fee: |  | 1,506.43 |
| Other Funds: |  | 1,284.35 |
| Totals: | 28,800.00 | 28,800.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Stefans Stefans & Stefans | Administrative | 2,200.00 | 2,200.00 |
| 2. | Resurgent Capital Services | Unsecured | 78.25 | 78.25 |
| 3. | Capital One | Unsecured | 4,999.03 | 4,999.03 |
| 4. | ECast Settlement Corp | Unsecured | 199.97 | 199.97 |
| 5. | Discover Financial Services | Unsecured | 10,919.27 | 10,919.27 |
| 6. | Resurgent Capital Services | Unsecured | 4,817.89 | 4,817.89 |
| 7. | Specialized Management Consultants | Unsecured | 1,531.19 | 1,531.19 |
| 8. | Resurgent Capital Services | Unsecured | 1,263.62 | 1,263.62 |
| 9. | Chase | Unsecured |  | No Claim Filed |
| 10. | Citi Cards | Unsecured |  | No Claim Filed |
| 11. | Ambulatory Anesthesia Ass | Unsecured |  | No Claim Filed |
| 12. | Quest Diagnostics Inc | Unsecured |  | No Claim Filed |
| 13. | Midland Orthopedic Association | Unsecured |  | No Claim Filed |
|  |  |  | $ 26,009.22 | $ 26,009.22 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 307.33 |
| 5% | 159.94 |
| 4.8% | 191.65 |
| 5.4% | 561.27 |
| 6.5% | 264.88 |
| 6.6% | 21.36 |
|  | $ 1,506.43 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Dillard, Mattie

Printed: 01/22/09

Case Number:  05 B 58064
Judge:  Hollis, Pamela S
Filed:  10/16/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

